## WALKER FEED & GROCERY CO. v. WHITE, ET AL.

(Decided November 23, 1915.)

APPEAL from Cullman Circuit Court.
Heard before Hon. R. C. BRICKELL.
A. A. GRIFFITH, for appellant.   F. E. ST. JOHN, for appellee.
PER CURIAM.—Appeal dismissed.

---

## WALTON v. CITY OF TUSCALOOSA.

(Decided November 25, 1915.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
No counsel marked for appellant.   BROWN & WARD, for appellee.
PER CURIAM.—Appeal dismissed for want of prosecution.

---

## WEATHERS v. MITCHELL.

(Decided February 10, 1916.)

APPEAL from Randolph Circuit Court.
Heard before Hon. S. L. BREWER.
No counsel marked for either party.
PER CURIAM.—Appeal dismissed for want of assignment of error.

---

## WILLIAMS v. CITY OF TUSCALOOSA.

(Two Cases)

(Decided November 25, 1915.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
J. P. VANDEVOORT, for appellant.   BROWN & WARD, for appellee.
PER CURIAM.—Appeals dismissed for want of prosecution.